# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

154821(78)

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

MIKE TORRES ZUNIGA,
          Defendant-Appellant.
_____/

SC: 154821
COA: 324157
Kent CC: 10-002810-FC

     On order of the Chief Justice, the motion of defendant-appellant to file a supplement to his application for leave to appeal is GRANTED. The supplement submitted on August 2, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2021



Clerk